# United States District Court
## *Southern District of Georgia*

State Farm Mutual Automobile Insurance
Company and State Farm Fire and Casualty
Company,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV412-215,

Thurman Lee Howard, et al.,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated 9/19/14, granting the motion for summary judgment, judgment is hereby entered closing the case.

9/19/14
Date

Scott Po...
Clerk

(By) Deputy Clerk